(July 11, 1984)

■ The People of the State of New York, Plaintiff, v Frank Gilbert, Defendant. — Motion for change of venue denied. Upon review of the transcript of the *voir dire* and the other papers in support of the motion, we are of the opinion that defendant has failed to establish that he cannot obtain a fair and impartial trial in Chemung County. Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.